to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Samuel Silbiger* and *John Kennedy White* for petitioner. *Solicitor General Biddle* and *Mr. C. J. Durr* for respondents.

No. 745. YGNACIO SANCHEZ *v.* UNITED STATES. March 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. G. C. Mann* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, George F. Kneip,* and *W. Marvin Smith* for the United States.

No. 746. McDONALD, TESTAMENTARY GUARDIAN, ET AL. *v.* MUTUAL LIFE INSURANCE Co. March 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. John A. Osoinach* and *Charles C. Brown* for petitioners. *Mr. Millsaps Fitzhugh* for respondent.

No. 751. UNITED STATES *v.* POWE ET AL. March 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Solicitor General Biddle* for the United States. *Mr. Harry T. Smith* for respondents.

No. 753. WHAM, TRUSTEE, *v.* MARTIN ET AL. March 25, 1940. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Edward W. Rawlins* for petitioner. *Mr. Charles C. Spencer* for respondents.